UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK McCULLOUGH,

       Plaintiff,                       Case No. 1:21-CV-499

v.                                            Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## JUDGMENT

In accordance with the Stipulation and Order of Remand filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Stipulation and Order of Remand.

    **IT IS SO ORDERED.**

Dated:  January 19, 2022             /s/ Ray Kent
                                                   RAY KENT
                                                   United States Magistrate Judge